THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA SHORT, OLIVIA PARKER, ELIZABETH SNIDER, JENNIFER DIPARDO, ANTHONY DIPARDO, SEANE RONFELDT, JAMES TWIGGER, GABRIELLE ALEXANDER, TAVISH CARDUFF, BRIAN FRAZIER, CHAD PERRY, WILLIAM PRESSLEY, JEANETT SMITH, AND JANELL WIGHT, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>vs.<br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br>　　　　　Defendants. | No. 2:19-cv-318<br><br>**STIPULATED MOTION TO SUBSTITUTE PARTY DEFENDANTS AND CHANGE CASE CAPTION**<br><br>**NOTED FOR MOTION CALENDAR: AUGUST 2, 2021** |

Because Kia Motors Corporation has changed its name to Kia Corporation and Kia Motors America, Inc. has changed its name to Kia America, Inc., the parties hereby stipulate that (1) Kia Corporation be substituted as a defendant for Kia Motors Corporation; (2) Kia America, Inc., be substituted as a defendant for Kia Motors America, Inc., and (3) that the caption of this matter be changed to reflect these changes. Kia Motors America, Inc. and Kia Motors Corporation no longer exist and have instead been replaced by Kia America, Inc. and Kia Corporation.

STIP. MOT. AND ORDER TO SUBSTITUTE PARTY DEFS. AND CHANGE CASE CAPTION
2:19-cv-318- 1

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WA 98101
(206) 905-7000

1  DATED this 2nd day of August, 2021.

2  KELLER ROHRBACK L.L.P.  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  *s/ Ryan McDevitt*
   Lynn Lincoln Sarko #16569
   Gretchen Freeman Cappio #29576
   Ryan McDevitt #43305
   Maxwell Goins #54130
   Adele A. Daniel #53315
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101-3052
   Tel.: (206) 623-1900
   Fax: (206) 623-3384
   lsarko@kellerrohrback.com
   gcappio@kellerrohrback.com
   rmcdevitt@kellerrohrback.com
   mgoins@kellerrohrback.com
   adaniel@kellerrohrback.com

   Benjamin L. Bailey, *pro hac vice*
   Jonathan D. Boggs, *pro hac vice*
   BAILEY GLASSER LLP
   209 Capitol Street
   Charleston, WV 25301
   Tel.: (304) 345-6555
   Fax: (304) 342-1110
   bbailey@baileyglasser.com
   jboggs@baileyglasser.com

   W. Daniel "Dee" Miles, III (*pro hac vice forthcoming*)
   H. Clay Barnett, III, *pro hac vice*
   J. Mitch Williams, *pro hac vice*
   BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
   272 Commerce Street
   Montgomery, AL 36104
   Tel.: (334) 269-2343
   Dee.Miles@Beasleyallen.com
   Clay.Barnett@BeasleyAllen.com
   Mitch.Williams@Beasleyallen.com

*Attorneys for Plaintiffs*

By  *s/ Alicia Cobb*
   Alicia Cobb, #48685
   1109 First Avenue, Suite 210
   Seattle, WA 98101
   Phone (206) 905-7000
   Fax (206) 905-7100
   aliciacobb@quinnemanuel.com

   Shon Morgan (*pro hac vice*)
   865 S. Figueroa St
   Los Angeles, CA 90017
   Phone (213) 443-3252
   Fax (213) 443-3100
   shonmorgan@quinnemanuel.com

   Kari Wohlschlegel (*pro hac vice*)
   Christine W. Chen (*pro hac vice*)
   50 California Street, 22nd Floor
   San Francisco, CA 94111
   Telephone: (415) 875-6600
   Fax: (415) 875-6700
   kariwohlschlegel@quinnemanuel.com
   christinechen@quinnemanuel.com

   Cristina A. Henriquez (*pro hac vice*)
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
   Telephone: (650) 801-5000
   Fax: (650) 801-5100
   cristinahenriquez@quinnemanuel.com

*Attorneys for Defendants*

STIP. MOT. AND ORDER TO SUBSTITUTE PARTY DEFS. AND CHANGE CASE CAPTION
2:19-cv-318- 2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WA 98101
(206) 905-7000

### [PROPOSED] ORDER

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that (1) Kia Corporation will be substituted as defendant for Kia Motors Corporation, (2) Kia America, Inc. will be substituted as a defendant for Kia Motors America, Inc., and (3) the case caption will be updated to reflect these changes.

IT IS SO ORDERED.

Dated: _____

                                                JAMES L. ROBART
                                       United States District Judge

STIP. MOT. AND ORDER TO SUBSTITUTE PARTY DEFS. AND CHANGE CASE CAPTION
2:19-cv-318- 3

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WA 98101
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, I caused a true and correct copy of the foregoing document to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

DATED this 2nd day of August, 2021.

/s/ *Alicia Cobb*
Alicia Cobb, WSBA #48685

STIP. MOT. AND ORDER TO SUBSTITUTE PARTY DEFS. AND CHANGE CASE CAPTION
2:19-cv-318- 4

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WA 98101
(206) 905-7000