The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA SHORT, OLIVIA PARKER, ELIZABETH SNIDER, JENNIFER DIPARDO, ANTHONY DIPARDO, SEANE RONFELDT, JAMES TWIGGER, GABRIELLE ALEXANDER, TAVISH CARDUFF, BRIAN FRAZIER, CHAD PERRY, WILLIAM PRESSLEY, JEANETT SMITH, AND JANELL WIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA AMERICA, INC., and KIA CORPORATION,<br><br>Defendants. | No. 2:19-cv-00318-JLR<br><br>**STIPULATED MOTION TO STAY ALL DEADLINES PENDING RESOLUTION OF CLASS SETTLEMENT APPROVAL IN *IN RE: HYUNDAI AND KIA ENGINE LITIGATION II***<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 13, 2021** |

STIPULATED MOTION TO STAY ALL DEADLINES
(2:19-cv-00318)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000

Pursuant to Local Rule 10(g), the parties submit this stipulated motion to stay all deadlines set by the Court on November 4, 2020 and July 26, 2021, pending the anticipated class settlement in *In re: Hyundai and Kia Engine Litig. II*, No. 8:18-cv-02223 (C.D. Cal.). (Dkts. 87, 104.) The parties also agree to provide a status update within 30 days of final approval and judgment in the consolidated action, or if a settlement cannot be reached and the stay should be lifted.

A district court has the inherent power to stay its proceedings. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). "A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1111 (9th Cir. 2005) (quoting *Levya v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863–64 (9th Cir. 1979)). Courts generally analyze three factors when deciding whether to grant a motion to stay: "possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Lockyer*, 398 F.3d at 1103 (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

On September 8, 2021, Judge Staton consolidated *Flaherty v. Hyundai Motor Co.*, No. 8:18-cv-02223-JLS-JDE (C.D. Cal.), *Marbury v. Hyundai Motor Am., Inc.*, No. 8:21-cv-00379-JLS-JDE (C.D. Cal.), *Thornhill v. Hyundai Motor Co.*, No. 8:21-cv-00481-JLS-JDE (C.D. Cal.), and *Buettner v. Hyundai Motor Am., Inc.*, No. 8:21-cv-01057-JLS-JDE (C.D. Cal.) and ordered that the consolidated action bear the caption *In re: Hyundai and Kia Engine Litig. II*, No. 8:18-cv-02223 (C.D. Cal.) ("*Engine II*"). *Engine II*, Dkt. 55. The parties in *Engine II* believe they are nearing a nationwide class settlement in principle and anticipate moving shortly for preliminary approval. The *Short* parties agree that a classwide settlement in *Engine II* could resolve the *Short* plaintiffs' claims. (*See* Dkts. 60, 92 and 93 (listing related cases to *Short*).) In addition, judicial efficiency favors a stay because a stay would save the parties and the Court from expending considerable additional resources on moving for and resolving class certification, and then on merits discovery if a class is certified. *See In re JPMorgan Chase LPI Hazard Litig.*, No. C-11-03058 JCS, 2013 WL

STIPULATED MOTION TO STAY ALL DEADLINES
(2:19-cv-00318) -1-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000

1  3829271, at *5 (N.D. Cal. July 23, 2013) (finding motion to stay appropriate where it would allow

2  both parties to conserve their resources should a settlement in the parallel action be approved).

3  Accordingly, there exists good cause to stay this case.

4

5        DATED this 13th day of September 2021.

| KELLER ROHRBACK L.L.P. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By *s/ Ryan McDevitt* <br>    Lynn Lincoln Sarko #16569 <br>    Gretchen Freeman Cappio #29576 <br>    Ryan McDevitt #43305 <br>    Maxwell Goins #54130 <br>    Adele A. Daniel #53315 <br>    1201 Third Avenue, Suite 3200 <br>    Seattle, WA 98101-3052 <br>    Tel.: (206) 623-1900 <br>    Fax: (206) 623-3384 <br>    lsarko@kellerrohrback.com <br>    gcappio@kellerrohrback.com <br>    rmcdevitt@kellerrohrback.com <br>    mgoins@kellerrohrback.com <br>    adaniel@kellerrohrback.com <br><br>    Benjamin L. Bailey, *pro hac vice* <br>    Jonathan D. Boggs, *pro hac vice* <br>    BAILEY GLASSER LLP <br>    209 Capitol Street <br>    Charleston, WV 25301 <br>    Tel.: (304) 345-6555 <br>    Fax: (304) 342-1110 <br>    bbailey@baileyglasser.com <br>    jboggs@baileyglasser.com <br><br>    W. Daniel "Dee" Miles, III (*pro hac vice forthcoming*) <br>    H. Clay Barnett, III, *pro hac vice* <br>    J. Mitch Williams, *pro hac vice* <br>    BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. <br>    272 Commerce Street <br>    Montgomery, AL 36104 <br>    Tel.: (334) 269-2343 <br>    Dee.Miles@Beasleyallen.com <br>    Clay.Barnett@BeasleyAllen.com <br>    Mitch.Williams@Beasleyallen.com <br><br> *Attorneys for Plaintiffs* | By *s/ Alicia Cobb* <br>    Alicia Cobb, #48685 <br>    1109 First Avenue, Suite 210 <br>    Seattle, WA 98101 <br>    Phone (206) 905-7000 <br>    Fax (206) 905-7100 <br>    aliciacobb@quinnemanuel.com <br><br>    Shon Morgan (*pro hac vice*) <br>    865 S. Figueroa St <br>    Los Angeles, CA 90017 <br>    Phone (213) 443-3252 <br>    Fax (213) 443-3100 <br>    shonmorgan@quinnemanuel.com <br><br>    Kari Wohlschlegel (*pro hac vice*) <br>    Christine W. Chen (*pro hac vice*) <br>    50 California Street, 22nd Floor <br>    San Francisco, CA 94111 <br>    Telephone: (415) 875-6600 <br>    Facsimile: (415) 875-6700 <br>    kariwohlschlegel@quinnemanuel.com <br>    christinechen@quinnemanuel.com <br><br>    Cristina A. Henriquez (*pro hac vice*) <br>    555 Twin Dolphin Drive, 5th Floor <br>    Redwood Shores, CA 94065 <br>    Telephone: (650) 801-5000 <br>    Facsimile: (650) 801-5100 <br>    cristinahenriquez@quinnemanuel.com <br><br> *Attorneys for Defendants* |

1

## [PROPOSED] ORDER

2  Based upon the stipulation of the parties, IT IS HEREBY ORDERED that (1) all pending
3  deadlines in this action are stayed, pending the outcome of the class settlement approval process in
4  *In re: Hyundai and Kia Engine Litigation II*, No. 8:18-cv-02223 (C.D. Cal.); and (2) within 30
5  days of final approval and judgment of the class settlement or if a settlement cannot be reached
6  and the stay should be lifted, parties will provide a status update to the Court.

7

8  IT IS SO ORDERED.

9  Dated: September 13, 2021

10

11

12  _____
13  JAMES L. ROBART
    United States District Judge
14

STIPULATED MOTION TO STAY ALL DEADLINES
(2:19-cv-00318) -1-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
(206) 905-7000

**CERTIFICATE OF SERVICE**

I, Alicia Cobb, hereby certify that on September 13, 2021, I caused to be served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF system.

DATED: September 13, 2021

          */s/ Alicia Cobb*
          Alicia Cobb, WSBA #48685