The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINDA SHORT, OLIVIA PARKER, ELIZABETH SNIDER, JENNIFER DIPARDO, ANTHONY DIPARDO, SEANE RONFELDT, JAMES TWIGGER, GABRIELLE ALEXANDER, TAVISH CARDUFF, BRIAN FRAZIER, CHAD PERRY, WILLIAM PRESSLEY, JEANETT SMITH, AND JANELL WIGHT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA AMERICA, INC., and KIA CORPORATION,<br><br>Defendants. | No. 2:19-cv-318-JLR<br><br>**STIPULATED MOTION TO TRANSFER CASE TO THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>NOTE ON MOTION CALENDAR: MAY 23, 2022 |

Pursuant to 28 U.S.C. § 1404(a), the parties submit this stipulated motion to transfer this case to the U.S. District Court for the Central District of California.

Section 1404(a) grants this Court discretion to transfer a case to another district. *See Jones v. GNC Franchising, Inc.*, 211 F.3d 495, 498 (9th Cir. 2000). It says: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to

JOINT MOTION TO TRANSFER CASE
Case No. 2:19-cv-318-JLR

1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). "Litigation of related claims in the same tribunal is strongly favored." *Cray, Inc. v. Raytheon Co.*, No. C15-1127JLR, 2016 WL 3254997, at *4 (W.D. Wash. June 13, 2016) (quoting *Amazon.com v. Cendant Corp.*, 404 F. Supp. 2d 1256, 1261 (W.D. Wash. 2005)).

The parties previously sought, and the Court granted, a stay of all deadlines pending resolution of the Class Settlement in *In re: Hyundai and Kia Engine Litig. II*, No. 8:18-cv-02223, which is proceeding in the Central District of California. *See Dkt.* 107, 108. At that time, the parties in *Engine II* believed they were nearing a nationwide class settlement in principle and anticipated moving for preliminary approval. Dkt. 107 at 1. The *Short* parties believed that a classwide settlement in *Engine II* could resolve the *Short* plaintiffs' claims. *Id.*

To facilitate that resolution, transfer is now appropriate. As indicated in a May 17, 2022 stipulation filed in *Engine II,* the parties there have "reached a resolution in principle and are in the final stages of memorializing a comprehensive settlement agreement." *Engine II,* Dkt. 64 at 1 (May 17, 2022). To incorporate the *Short* plaintiffs into the ultimate proposed settlement, the parties in *Engine II* stipulated that counsel would "promptly move for transfer of *Short, et al. v. Hyundai Motor Company, et al.*, No. 2:19-cv-00318-JLR (currently pending in the Western District of Washington) to this Court for consolidation and resolution under the proposed class settlement." *Id.*

The requirements of Section 1404(a) are met. Because transfer would facilitate the proposed settlement, it would serve the convenience of the parties and the interest of justice. The parties in this action consent to the transfer of this case to the Central District of California, and Defendants have not objected to personal jurisdiction there. The parties respectfully request that

JOINT MOTION TO TRANSFER CASE
Case No. 2:19-cv-318-JLR

2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| 1 | the Court grant this stipulated motion to transfer this case to the U.S. District Court for the |
| 2 | Central District of California. |

DATED this 23rd day of May, 2022.

| KELLER ROHRBACK L.L.P. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By *s/ Gretchen Freeman Cappio*<br>Lynn Lincoln Sarko #16569<br>Gretchen Freeman Cappio #29576<br>Ryan McDevitt #43305<br>Adele A. Daniel # 53315<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>(206) 623-1900<br>Fax (206) 623-3384<br>lsarko@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com<br>adaniel@kellerrohrback.com<br><br>Benjamin L. Bailey, *pro hac vice*<br>Jonathan D. Boggs, *pro hac vice*<br>BAILEY GLASSER LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Tel.: (304) 345-6555<br>Fax: (304) 342-1110<br>bbailey@baileyglasser.com<br>jboggs@baileyglasser.com<br><br>W. Daniel "Dee" Miles, III (*pro hac vice forthcoming*)<br>H. Clay Barnett, III, *pro hac vice*<br>J. Mitch Williams, *pro hac vice*<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.<br>272 Commerce Street<br>Montgomery, AL 36104<br>Tel.: (334) 269-2343<br>Dee.Miles@Beasleyallen.com<br>Clay.Barnett@BeasleyAllen.com<br>Mitch.Williams@Beasleyallen.com<br><br>*Attorneys for Plaintiffs* | By *s/ Alicia Cobb*<br>Alicia Cobb, #48685<br>1109 First Avenue, Suite 210<br>Seattle, WA 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Shon Morgan (*pro hac vice*)<br>865 S. Figueroa St<br>Los Angeles, CA 90017<br>Phone (213) 443-3252<br>Fax (213) 443-3100<br>shonmorgan@quinnemanuel.com<br><br>Kari Wohlschlegel (*pro hac vice*)<br>Christine W. Chen (*pro hac vice*)<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>kariwohlschlegel@quinnemanuel.com<br>christinechen@quinnemanuel.com<br><br>Cristina A. Henriquez (*pro hac vice*)<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>cristinahenriquez@quinnemanuel.com<br><br>*Attorneys for Defendants* |

JOINT MOTION TO TRANSFER CASE
Case No. 2:19-cv-318-JLR

3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## ORDER

Upon the stipulation of the parties, IT IS HEREBY ORDERED that this case is transferred to the U.S. District Court for the Central District of California.

IT IS SO ORDERED.

Dated this 23rd day of May, 2022.

_____
JAMES L. ROBART
United States District Judge

JOINT MOTION TO TRANSFER CASE
Case No. 2:19-cv-318-JLR

4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## CERTIFICATE OF SERVICE

I, Gretchen Freeman Cappio, hereby certify that on May 23, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Washington using the CM/ECF system, which shall send electronic notification to all counsel of record.

*s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio

4881-7530-9089, v. 1

JOIN MOTION TO TRANSFER CASE
Case No. 2:19-cv-318-JLR

5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384